# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITY OF LAWTON,<br>    Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., ET AL.,<br>    Defendants | )<br>)<br>)   Case No. CIV-19-78-D<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DIMSISSAL WITHOUT PREJUDICE

Plaintiff, City of Lawton, and Defendant, Abolghasem Rezaei, M.D., by and through their counsel of record, hereby stipulate and agree to a dismissal without prejudice of all claims asserted by the City of Lawton against Abolghasem Rezaei, M.D., only.

Respectfully submitted,

*/s/ Todd A. Court*
Todd A. Court, OBA #19438
MCAFEE & TAFT
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Todd.Court@mcafeetaft.com


*/s/ Rachel C. Mathis*
Rachel C. Mathis, OBA #16360
Aston | Mathis | Campbell, PLLC
2642 E. 21st Street, Suite, 250
Tulsa, Oklahoma 74114
rmathis@amlawok.com